LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

August 8, 2023

**Via ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: **United States v. Erit Shyti**, 23-mj-5741

Dear Judge Gorenstein:

    I am CJA counsel to Erit Shyti, a defendant in the above referenced case. I write, with the consent of the government and pretrial services, to respectfully request a modification to Mr. Shyti's conditions of release.

    Mr. Shyti is currently released on a personal recognizance bond, with one of the conditions being home detention.

    I write to ask that the Court modify the conditions of pre-trial release and remove the condition of home detention and replace it with a curfew, with hours to be set by Pretrial Services, with GPS.

    As noted, both AUSA Connie Dang and Pre-Trial Service Officer Marlon Ovalles consent to this request.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

The proposed modification is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 9, 2023