LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

October 26, 2023

**Via ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
*Katharine H Parker*
Hon. Katharine H. Parker, U.S.M.J.
10/26/2023

Re: **United States v. Erit Shyti**, 23-mj-5741

Dear Judge Parker:

I am CJA counsel to Erit Shyti, a defendant in the above referenced case. I write to respectfully request a modification to Mr. Shyti's conditions of release.

On September 25, 2023, Magistrate Judge Wang approved a request to modify the conditions of pre-trial release to permit Mr. Shyti to travel to and from the District of Connecticut for work for a one month period. See ECF # 11. That permission expires today, but Mr. Shyti is scheduled to continue work at that same job through October 29, 2023.

Beginning October 30, 2023 through January 15, 2024, My. Shyti has secured employment at 77 Danbury Road in Norwalk, Connecticut.

Accordingly, I respectfully request that the Court modify the conditions of Mr. Shyti's release to permit him to travel to the District of Connecticut from October 27, 2023 through January 15, 2024.

The government has indicated that it defers to pre-trial services on the above request. I have spoken to Pre-Trial Services Officer Marlon Ovalles who consents to this request.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:     All Parties (via ECF)
        Pre-Trial Services Officer Marlon Ovalles (via email)